GEORGE N. BLISS et al., appellants,

*v.*

AMELIA C. CRONK, executrix, &c., respondent.

[Submitted November 19th, 1904. Decided March 6th, 1905.]

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in 62 *N. J. Eq.* (*17 Dick.*) *496.*

*Mr. Vivian M. Lewis,* for the appellants.

*Mr. William W. Watson,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Pitney, filed in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VOORHEES, VROOM, GREEN, GRAY—13.

*For reversal*—None.